RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, JASON JOHNSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 2:13-mj-853-GWF |
| ) | |
| JASON ERIC JOHNSON ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### SUBSTITUTION OF ATTORNEY

JASON ERIC JOHNSON, Defendant hereby substitutes **RICHARD A. SCHONFELD, ESQ.**, Chesnoff & Schonfeld, 520 South Fourth Street, Las Vegas, Nevada 89101, (702) 384-5563, as attorney of record in place and stead of **ELISA VASQUEZ, ESQ.** and the Federal Public Defender's Office.

DATED this _22_ day of October, 2013.

_____
**JASON ERIC JOHNSON**, Defendant

I consent to the above substitution.
DATED this _23_ day of _October_, 2013.

_____
**ELISA VASQUEZ, ESQ.**
**Federal Defender's Office**

I am dully admitted to practice in this District.

Above substitution accepted.

DATED this 22nd day of October, 2013.

_____
RICHARD A. SCHONFELD, ESQ.

RETAINED __X__          APPOINTED BY COURT _____

**APPROVED**

DATED  October 29, 2013  .

_____
UNITED STATES MAGISTRATE JUDGE

2